JERRY VOGEL MUSIC Co., INC., Respondent, *v.* MILLER MUSIC, INC., Appellant.

Argued May 23, 1949; decided July 19, 1949.

*Julian T. Abeles, Arnold J. Bernstein* and *Benjamin G. Weil* for appellant.

*Milton M. Rosenbloom, Arthur F. Driscoll* and *William S. Roach* for respondent.

*John Schulman* and *William Klein, II,* for Songwriters Protective Association, *amicus curiæ,* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.